JACKSON, *ex dem.* DAVIS and another, *against* BROWNSON.

M. T. REYNOLDS, moved for judgment as in case of nonsuit, upon a notice of motion which was thus : "Take no-

*A n( the ne2 general sufficies*

if it add a particular day for the motion which is several terms forward, this may be as surplusage.

tice, that I shall move this honorable Court, at the next term thereof, to be holden at the Capitol in the city of Albany, on the third Monday in October next," &c. The notice was dated the 28th of January, 1825, and served in season for this term.

*A. Conkling,* contra, objected, that from the terms of the notice, the time for making the motion would not arrive till October term *next.*

*Curia.* It is impossible that the plaintiff's attorney could have been misled by this notice. It is first general for the next term after its date and service. The words, " on the third Monday of October next," must be rejected as surplusage.

*Conkling* thereupon stipulated.